# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TIMOTHY ADAM WALDING,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0016

[March 19, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah Handel Weiss, Judge; L.T. Case No. 502017CF009818AXXXMB.

Timothy Adam Walding, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***